## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria

In re

**ROWE FURNITURE, INC.**

      **Debtor**

**Case No. 06-11143-SSM**

**Chapter 7**

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| A A CONTRACT CUSTOMS BROKERS LTD<br>PO BOX 4059<br>BLAINE WA 98231-4059 | $0.46 |
| AIR CLEANING SPECIALISTS INC<br>826 HORAN DR<br>FENTON MO 63026 | $0.70 |
| ARCET EQUIPMENT COMPANY<br>PO BOX 10699<br>LYNCHBURG VA 24506 | $2.32 |
| AT&T Attorney: James Grudus, Esq.<br>AT&T Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | $3.83 |
| AUTO TIRE AND PARTS INC<br>PAT ULEBER<br>212 S KINGSHIGHWAY<br>CAPE GIRARDEAU, MO 63702-0560 | $2.02 |

CARRIAGE SHED                                      $2.04
97 VAN BUREN ST
PEORIA, IL 61603

CITGO PETROLEUM                                   $4.58
CORPORATION
Fleet Technologies
555 E. Airtex Dr.
Houston TX 77073

COLORADO CONSOLIDATED                             $4.43
SERVICE
2107 W BAKER AVE
ENGLEWOOD CO 80110

COX COMMUNICATION                                 $1.12
PO BOX 13726
ROANOKE VA 24036

CT Corporation                                    $3.86
111 Eight Avenue, 13th Floor
New York, NY 10011

ConferenceCall.com                                $2.70
INTERCALL
c/o West Asset Management, Inc.
P. O. Box 105817
Atlanta, GA 30048

DAILY AMERICAN REPUBLIC                           $0.90
PO BOX 7
POPLAR BLUFF, MO 63901

DALE"S MOBILE UPHOLSTERY                          $1.60
400 WOOLLEN ROAD
BURLINGTON WA 98233

DENNIS WIGGINS                                    $2.94
512 S FOXRIDGE DR
RAYMORE, MO 64083

DSA Finance Corp.                                 $3.58
PO BOX 577520
CHICAGO IL 60657

EASTMAN MACHINE COMPANY                      $3.78
779 WASHINGTON ST
BUFFALO, NY 14203

FREDERICK BRADY                              $1.76
186 NASHVILLE RD
JERICHO, VT 05465

G AND D COMMUNICATIONS INC                   $4.28
2040 NORTH MAIN
SIKESTON MO 63801

G KIRK'S UPHOLSTERY UNLTED                   $2.72
GARY W KIRK, OWNER
3587 NE PRESCOTT
PORTLAND, OR 97211

GLENROY INC D/B/A                            $3.76
EVERPRODUCTS
PO BOX 534
MENOMONEE FALLS, WI 53052-
0534

HOFFMEISTERS STAKE & HANDLE                  $1.70
CO
PO BOX 331
JACKSON, MO 63755

INOVIS                                       $3.81
11720 AMBER PARK DR
ALPHARETTA, GA 30004

INSULATION AND REFRACTORS                    $4.05
SERVICES INC
JOHN W WHITSETT, PRESIDENT
462 DECATUR
MEMPHIS, TN 38105

J C INDUSTRIAL SUPPLY                        $4.37
PO BOX 535
JEFFERSON CITY MO 65102

JACKSON HIRSCH INC                                    $0.55
700 ANTHONY TRL
NORTHBROOK, IL 60062

JASON LAWRENCE FODI                                  $1.92
612 CHERRY DR
DAGSBORO, DE 19939

JIFFY STEAMER COMPANY                                $4.55
PO BOX 869
UNION CITY TN 38261

JOCELYN LEE ROBINSON                                 $0.68
31017 CORLEYS CHAPEL RD
LEWES, DE 19958

JOE S AMARAL (DBA)/WOOD                              $3.35
FINISH SERVICES
PO BOX 614
FORT BRAGG, CA 95437

JOHN HENRY FOSTER CO INC                             $3.07
PO BOX 5820
SAINT LOUIS, MO 63134-0820

LAB SAFETY SUPPLY, INC.                              $1.75
401 S WRIGHT RD
JANESVILLE, WI 53546

MARTIN T. ZUSCHLAG                                   $4.14
DBA MARTIN FURNITURE SERVICE
1101 NEW ST
UNION GROVE, WI 53182

MAVERICK GLASS INC                                   $1.40
839 W PINE
POPLAR BLUFF, MO 63901

MEYER SUPPLY COMPANY                                 $2.93
PO BOX 754
CAPE GIRARDEAU MO 63702-0754

MIKE RENTALS INC                                          $2.32
109 LARCEL
SIKESTON MO 63801

MINIT PRINT INC                                          $3.75
424 WEST PINE
POPLAR BLUFF MO 63901

NAYLOR LLC                                               $4.54
MARCEL BERARD, COLLECTIONS
MANAGER
5950 N W 1ST PL
GAINSVILLE, FL 32607

NEFF PACKAGING SYSTEMS                                   $4.94
JOHN LATENSER
PO BOX 15056
555 SUNSHINE RD
KANSAS CITY, KS 66115

NEWARK INONE                                             $0.45
4801 N. Ravenswood Ave.
Chicago, IL 60640

NEWMAN MACHINE CO INC                                    $4.27
R TODD FERRELL, CREDIT
MANAGER
507 JACKSON ST
PO BOX 5467
GREENSBORO, NC 27435-0467

NU MARK COMPANY                                          $3.94
BOX 60179 GREENDALE STATION
WORCESTER MA 01606-0179

OHIO DEPARTMENT OF TAXATION                              $1.01
OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
P.O. BOX 530, COLUMBUS, OH.
43216

OZARK PHYSICAL THERAPY                                   $2.95
PO BOX 1027
POPLAR BLUFF MO 63901

| | |
|---|---|
| POPLAR BLUFF PARKS AND REC DEPT<br>PO BOX 472<br>POPLAR BLUFF MO 63902-0472 | $2.04 |
| QUARTECH CORPORATION<br>15923 ANGELO DRIVE<br>MACOMB TWP MI 48042-4050 | $3.75 |
| ROANOKE GAS COMPANY<br>PO BOX 70848<br>CHARLOTTE NC 28272-0848 | $1.23 |
| ROANOKE GAS COMPANY<br>PO BOX 70848<br>CHARLOTTE NC 28272-0848 | $1.00 |
| Riverside Claims LLC<br>P.O Box 626<br>Planetarium Station<br>New York, NY 10024 | $4.62 |
| SAFETY KLEEN SYSTEMS INC<br>5400 Legacy Dr.<br>PLano TX 75024 | $2.42 |
| SCHAEFER WATER CENTERS<br>2021 THEMIS<br>CAPE GIRARDEAU MO 63701 | $3.53 |
| STEEL SERVICES<br>PO BOX 20488<br>ROANOKE VA 24018-0049 | $3.99 |
| SWING LTD<br>152 COMMONWEALTH AVE<br>CONCORD NC 01742 | $1.76 |
| TENNESSEE BELTING COMPANY<br>PO BOX 105774<br>ATLANTA GA 30348 | $3.35 |
| TIEMANN INDUSTRIAL SUPPLY<br>P.O. Box 14406<br>St. Louis, MO 63178 | $3.17 |

| | |
|---|---|
| VOICE AND DATA NETWORKS INC<br>6981 WASHINGTON AVE S<br>EDINA, MN 55439 | $4.37 |
| WHITWORTHS GIFT CHEST<br>JEWELERS<br>333 SOUTH WESTWOOD BLVD,<br>SUITE 21<br>POPLAR BLUFF MO 63901 | $1.60 |
| Washington Gas<br>Bankruptcy Dept<br>6801 Industrial Rd., Rm 353<br>Springfield, VA 22151 | $0.41 |
| YELLOW CAB SERVICES INC<br>PO BOX 12588<br>ROANOKE VA 24026 | $0.42 |
| TOTAL: | $157.48 |

Dated:   July 26, 2010

/s/ Donald F. King
Donald F. King, Trustee
9302 LEE HWY., SUITE 1100
FAIRFAX VA 22031
(703)218-2100

#1252278v1 Report of Small Dividends 31070/01096



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

16-49/1220

CHECK NUMBER   1318

**UNION BANK OF CALIFORNIA**

1980 Saturn Street / / Monterey Park CA 91755

SMALL DIVIDENDS

AMOUNT

$*********157.48

DATE

7/26/2010

DEBTOR

Debtor: ROWE FURNITURE, INC.

CASE NUMBER

06-11143

Donald F. King, Trustee
9302 Lee Highway
Suite 1100
Fairfax, VA 22031

PAY TO THE ORDER OF

CLERK
200 S. WASHINGTON STREET
ALEXANDRIA, VA 22314

One Hundred Fifty Seven Dollars And 48/100

RECEIVER/TRUSTEE DEBTOR IN POSSESSION/ASSIGNEE

THIS CHECK VOID AFTER 90 DAYS

⑈0013⑈8⑈ ⑆122000496⑆ 2⑈31037877⑈⑈