**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re                              *
                                   *
**ROWE FURNITURE, INC.,**          *    **Case No. 06-11143-SSM**
                                   *    **Chapter 7**
Debtor.                            *

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Ignacio C. Gomez<br>8791 Hammerly Blvd. #178<br>Houston, TX 77080 | $1,120.80 |
| Double Trouble LLC DBA<br>100 A Johnson Avenue<br>Hackensack, NJ 07601 | $ 14.27 |
| Huffman Paint and Wallcovering Co.<br>762 N. Main Street<br>High Point, NC 27262 | $ 10.80 |
| Salem City Treasurer<br>114 N. Broad Street<br>Salem, VA 24153 | $ 737.52 |
| Sewn Products Equipment Company<br>P.O. Box 357<br>Jefferson, GA 30549 | $ 32.02 |
| Swift Textiles Inc.<br>98 Ave of Americas<br>New York, NY 10018 | $ 270.15 |

2

| | |
|---|---|
| The Roanoke Times<br>Billing Services<br>Department/Billing Service Manager<br>201 W. Campbell Ave.<br>P.O. Box 2491<br>Oranoke, VA  24010 | $    15.40 |
| Tara Fenger<br>1545 Lafitte St.<br>Mandeville, LA 70448 | $     5.39 |
| James Cotton<br>640 N. Broad Street<br>Philadelphia, PA 19130 | $    28.78 |
| Angela (Angie) Duke<br>18911 Fortson Ave.<br>Dallas, TX 75252 | $    41.33 |
| Hilb Rogal & Hobbs of Metro Washington<br>Aaron S. Walters<br>4951 Lake Brook Dr., Suite 500<br>Glen Allen, VA  23060 | $   212.88 |
| Hua Tong Industries, Inc.<br>c/o Thomas Forrester<br>7097 Mendenhall Rd.<br>Archdale, NC 27263 | $   555.07 |
| Barry S. Rutherford<br>3923 Upland Way<br>Marietta, GA 30066 | $     9.53 |

Date: 1/11/11

/s/ Donald F. King, Trustee
DONALD F. KING, TRUSTEE
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
Direct: 703-218-2116
Fax:    703-218-2160
E-Mail: donking@ofplaw.com