UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria

In re

ROWE FURNITURE, INC.

Case No. 06-11143-SSM

Chapter 7

Debtor

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| 4M SIGN SERVICE & DESIGN LLC<br>47 CO RD 309<br>POPLAR BLUFF, MO 63901 | $4.61 |
| A A CONTRACT CUSTOMS<br>BROKERS LTD<br>PO BOX 4059<br>BLAINE WA 98231-4059 | $0.36 |
| AIR CLEANING SPECIALISTS INC<br>826 HORAN DR<br>FENTON MO 63026 | $0.56 |
| ARCET EQUIPMENT COMPANY<br>PO BOX 10699<br>LYNCHBURG VA 24506 | $1.83 |
| AUTO TIRE AND PARTS INC<br>PAT ULEBER<br>212 S KINGSHIGHWAY<br>CAPE GIRARDEAU, MO 63702-0560 | $1.59 |

| | |
|---|---|
| CARRIAGE SHED<br>97 VAN BUREN ST<br>PEORIA, IL 61603 | $1.61 |
| CITGO PETROLEUM CORPORATION<br>Fleet Technologies<br>555 E. Airtex Dr.<br>Houston TX 77073 | $3.59 |
| COLORADO CONSOLIDATED SERVICE<br>2107 W BAKER AVE<br>ENGLEWOOD CO 80110 | $3.48 |
| COX COMMUNICATION<br>PO BOX 13726<br>ROANOKE VA 24036 | $0.88 |
| CT Corporation<br>111 Eight Avenue, 13th Floor<br>New York, NY 10011 | $3.03 |
| ConferenceCall.com<br>P.O. Box 409573<br>Atlanta, GA 30384-9573 | $2.12 |
| DAILY AMERICAN REPUBLIC<br>PO BOX 7<br>POPLAR BLUFF, MO 63901 | $0.70 |
| DALE"S MOBILE UPHOLSTERY<br>400 WOOLLEN ROAD<br>BURLINGTON WA 98233 | $1.26 |
| DENNIS WIGGINS<br>512 S FOXRIDGE DR<br>RAYMORE, MO 64083 | $2.32 |
| DSA Finance Corp.<br>PO BOX 577520<br>CHICAGO IL 60657 | $2.81 |

| | |
|---|---|
| EASTMAN MACHINE COMPANY<br>779 WASHINGTON ST<br>BUFFALO, NY 14203 | $2.97 |
| FREDERICK BRADY<br>186 NASHVILLE RD<br>JERICHO, VT 05465 | $1.38 |
| G AND D COMMUNICATIONS INC<br>2040 NORTH MAIN<br>SIKESTON MO 63801 | $3.36 |
| G KIRK'S UPHOLSTERY UNLTED<br>GARY W KIRK, OWNER<br>3587 NE PRESCOTT<br>PORTLAND, OR 97211 | $2.15 |
| GEORGE SAPP<br>2691 N OLD GREENSBORO RD<br>HIGH POINT NC 27265 | $4.87 |
| GLENROY INC D/B/A<br>EVERPRODUCTS<br>PO BOX 534<br>MENOMONEE FALLS, WI 53052-0534 | $2.95 |
| HOFFMEISTERS STAKE & HANDLE CO<br>PO BOX 331<br>JACKSON, MO 63755 | $1.35 |
| INOVIS<br>11720 AMBER PARK DR<br>ALPHARETTA, GA 30004 | $2.99 |
| INSULATION AND REFRACTORS SERVICES INC<br>JOHN W WHITSETT, PRESIDENT<br>462 DECATUR<br>MEMPHIS, TN 38105 | $3.19 |

| | |
|---|---:|
| J C INDUSTRIAL SUPPLY<br>PO BOX 535<br>JEFFERSON CITY MO 65102 | $3.43 |
| JACKSON HIRSCH INC<br>700 ANTHONY TRL<br>NORTHBROOK, IL 60062 | $0.43 |
| JASON LAWRENCE FODI<br>612 CHERRY DR<br>DAGSBORO, DE 19939 | $1.52 |
| JIFFY STEAMER COMPANY<br>PO BOX 869<br>UNION CITY TN 38261 | $3.58 |
| JOCELYN LEE ROBINSON<br>31017 CORLEYS CHAPEL RD<br>LEWES, DE 19958 | $0.53 |
| JOE CARR D/B/A EASTERN<br>VIRGINIA FURNITURE<br>5408 CHATHAM HALL DR<br>VIRGINIA BEACH, VA 23464 | $4.57 |
| JOE S AMARAL (DBA)/WOOD<br>FINISH SERVICES<br>PO BOX 614<br>FORT BRAGG, CA 95437 | $2.64 |
| JOHN HENRY FOSTER CO INC<br>PO BOX 5820<br>SAINT LOUIS, MO 63134-0820 | $2.42 |
| JONESBORO BOLT AND SUPPLY<br>2516 COMMERCE DR<br>JONESBORO AR 72401 | $4.58 |
| KAGMO ELECTRIC MOTOR<br>COMPANY<br>2351 RUST AVE<br>PO BOX 556<br>CAPE GIRARDEAU MO 63702-0556 | $4.53 |

| | |
|---|---|
| LAB SAFETY SUPPLY, INC.<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546 | $1.39 |
| MARTIN T. ZUSCHLAG<br>DBA MARTIN FURNITURE SERVICE<br>1101 NEW ST<br>UNION GROVE, WI 53182 | $3.26 |
| MAVERICK GLASS INC<br>839 W PINE<br>POPLAR BLUFF, MO 63901 | $1.09 |
| MEYER SUPPLY COMPANY<br>PO BOX 754<br>CAPE GIRARDEAU MO 63702-0754 | $2.31 |
| MIKE RENTALS INC<br>109 LARCEL<br>SIKESTON MO 63801 | $1.82 |
| MINIT PRINT INC<br>424 WEST PINE<br>POPLAR BLUFF MO 63901 | $2.94 |
| NAYLOR LLC<br>MARCEL BERARD, COLLECTIONS MANAGER<br>5950 N W 1ST PL<br>GAINSVILLE, FL 32607 | $3.56 |
| NEFF PACKAGING SYSTEMS<br>JOHN LATENSER<br>PO BOX 15056<br>555 SUNSHINE RD<br>KANSAS CITY, KS 66115 | $3.89 |
| NEWARK INONE<br>4801 N. Ravenswood Ave.<br>Chicago, IL 60640 | $0.35 |

| | |
|---|---|
| NEWMAN MACHINE CO INC<br>R TODD FERRELL, CREDIT MANAGER<br>507 JACKSON ST<br>PO BOX 5467<br>GREENSBORO, NC 27435-0467 | $3.35 |
| NU MARK COMPANY<br>BOX 60179 GREENDALE STATION<br>WORCESTER MA 01606-0179 | $3.09 |
| OHIO DEPARTMENT OF TAXATION<br>OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530, COLUMBUS, OH. 43216 | $0.76 |
| OLD DOMINION FREIGHT LINES<br>500 Old Dominion Way<br>Thomasville NC 27360 | $4.89 |
| OZARK PHYSICAL THERAPY<br>PO BOX 1027<br>POPLAR BLUFF MO 63901 | $2.32 |
| POPLAR BLUFF PARKS AND REC DEPT<br>PO BOX 472<br>POPLAR BLUFF MO 63902-0472 | $1.61 |
| QUARTECH CORPORATION<br>15923 ANGELO DRIVE<br>MACOMB TWP MI 48042-4050 | $2.95 |
| ROANOKE GAS COMPANY<br>PO BOX 70848<br>CHARLOTTE NC 28272-0848 | $0.79 |
| ROANOKE GAS COMPANY<br>PO BOX 70848<br>CHARLOTTE NC 28272-0848 | $0.96 |

| | |
|---|---|
| Riverside Claims LLC<br>P.O Box 626<br>Planetarium Station<br>New York, NY 10024 | $3.63 |
| Riverside Claims LLC<br>P.O Box 626<br>Planetarium Station<br>New York, NY 10024 | $4.28 |
| SAFETY KLEEN SYSTEMS INC<br>5400 Legacy Dr.<br>PLano TX 75024 | $1.89 |
| SCHAEFER WATER CENTERS<br>2021 THEMIS<br>CAPE GIRARDEAU MO 63701 | $2.78 |
| STEEL SERVICES<br>PO BOX 20488<br>ROANOKE VA 24018-0049 | $3.14 |
| SWING LTD<br>152 COMMONWEALTH AVE<br>CONCORD NC 01742 | $1.38 |
| TENNESSEE BELTING COMPANY<br>PO BOX 105774<br>ATLANTA GA 30348 | $2.63 |
| TIEMANN INDUSTRIAL SUPPLY<br>P.O. Box 14406<br>St. Louis, MO 63178 | $2.49 |
| VOICE AND DATA NETWORKS INC<br>6981 WASHINGTON AVE S<br>EDINA, MN 55439 | $3.43 |
| WHITWORTHS GIFT CHEST<br>JEWELERS<br>333 SOUTH WESTWOOD BLVD,<br>SUITE 21<br>POPLAR BLUFF MO 63901 | $1.26 |

| | |
|---|---|
| WOODWORKING MACHINERY PARTS, INC.<br>PO BOX 1052<br>SANFORD, NC 27331 | $3.94 |
| Washington Gas<br>Bankruptcy Dept<br>6801 Industrial Rd., Rm 353<br>Springfield, VA 22151 | $0.33 |
| YELLOW CAB SERVICES INC<br>PO BOX 12588<br>ROANOKE VA 24026 | $0.33 |
| | $157.03 |

Dated:   November 1, 2011

/s/ Donald F. King
Donald F. King, Trustee
9302 LEE HWY., SUITE 1100
FAIRFAX VA 22031
(703) 218-2163

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served on the Office of the U.S. Trustee, on November 2ND, 2011.

/s/ Donald F. King
Donald F. King, Trustee

#1502390v1 REPORT OF SMALL DIVIDEND 11-1-2011 31070/01096

